FILED
November 23, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D63

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | |
|---|---|
| **Case Title :** | Bobby Fields and Patricia Fields |
| **Case No :** | 11-92539 – D – 13G |
| **Date :** | 11/22/11 |
| **Time :** | 10:00 |
| **Matter :** | [38] - Motion/Application to Value Collateral of GMAC Mortgage [TOG-3] Filed by Debtor Bobby Fields, Joint Debtor Patricia Fields (svim) |
| **Judge :** | Robert S. Bardwil |
| **Courtroom Deputy :** | Carlene Walker |
| **Reporter :** | NOT RECORDED |
| **Department :** | D |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

### CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are stated in the civil minutes for the hearing.

IT IS ORDERED that the motion is granted as provided in this order. The secured claim of GMAC Mortgage, whose claim is secured by a junior deed of trust on the debtor(s) residence, is set at $0.00. The claim shall be treated as an unsecured claim in any Chapter 13 plan. No further relief will be afforded.

Dated: November 23, 2011

_____
Robert S. Bardwil, Judge
United States Bankruptcy Court